UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICARDO VELASQUEZ,                                   :

              Plaintiff,             :

    - against -                                           :            ORDER

55 STONE STREET, a New York Limited liability        :            20-CV-6095 (PGG)(KNF)
company, d/b/a UNDERDOG, and STONE EAGLE
LLC, a New York limited liability company,           :

             Defendants.            :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on October 21, 2020.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before April 5, 2021;

2. the last date on which to amend pleadings will be December 4, 2020;

3. the last date on which to join additional parties will be December 4, 2020;

4. a telephonic status conference will be held with the parties on March 4, 2021, at 10:00 a.m. The parties shall use dial in (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

6. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before May 5, 2021. That document must conform to the

requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York
        October 23, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE