UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICARDO VELASQUEZ,                                :

                Plaintiff,                        :

       - against -                                          :               Order

55 STONE STREET, a New York Limited liability  :            20-CV-6095 (PGG)(KNF)
company, d/b/a UNDERDOG, and STONE EAGLE
LLC, a New York limited liability company,         :

               Defendants.                   :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     The Court has been advised that the parties have settled their dispute through their participation in the court-annexed mediation program. <u>See</u> Docket Entry No. 22. Therefore, the telephonic status conference scheduled for March 4, 2021, is canceled. The parties are directed to file their stipulation of dismissal on or before March 5, 2021.

Dated:  New York, New York                            SO ORDERED:
          March 1, 2021

                                                             *Kevin Nathaniel Fox*
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE